UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

EDWARD E. RONKOWSKI, JR.,
and
JOANN RONKOWSKI,

        Plaintiffs,

v.                                         Case Number 17-cv-226

UNITED STATES OF AMERICA,

        Defendant.

---

### PLAINTIFFS' NOTICE OF APPEAL

---

Notice is hereby given that Edward E. Ronkowski, Jr. and JoAnn Ronkowski, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the 7th Circuit from the final judgment in favor of Defendant United States of America and against Plaintiffs Edward E. Ronkowski, Jr. and JoAnn Ronkowski entered in this action on May 23, 2018.

Dated this 6th day of June, 2018.

        LAW OFFICES OF KAY & ANDERSEN, LLC
        Robert A. Mich, Jr.
        State Bar No. 01026557

        */s/ Robert A. Mich*
        Attorneys for Plaintiffs

Post Office Address:
One Point Place, Suite 201
Madison, Wisconsin 53719
Telephone: (608) 833-0077
Fax: (608) 833-3901
E-Mail: rmich@kayandandersen.com